IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERESA M. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 7:14cv00041 |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | By: Michael F. Urbanski |
| Commissioner of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** that the report and recommendation (ECF No. 26) is **ADOPTED in its entirety**; plaintiff's objections (ECF No. 27) are **OVERRULED**; plaintiff's motion for summary judgment (ECF No. 13) is **DENIED**; the Commissioner's motion for summary judgment (ECF No. 21) is **GRANTED**;[1] the Commissioner's decision is **AFFIRMED**; and this matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered: September 28, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge

---

[1] The Commissioner's motion for extension of time to file her motion for summary judgment and supporting brief (ECF No. 17), which remains pending on the docket, is **DENIED as moot**. The motion was taken under advisement by the magistrate judge (ECF No. 18) and while the docket reflects no final ruling on the motion, the Commissioner did in fact file a motion for summary judgment and supporting brief, which were considered by the magistrate judge.